**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| In re: HARRISON JACKSON EAST, JR.<br>JOYCE MARIE EAST<br><br>Debtor(s) | CASE NO.   09-71437<br><br>CHAPTER   7 |
|---|---|

**ORDER CONVERTING CASE UNDER CHAPTER 7 TO CASE UNDER CHAPTER 13**

The debtor(s) filed a motion, in accordance with 11 U.S.C. § 706(a), seeking to convert this case to a case under Chapter 13 of the Bankruptcy Code. Notice of opportunity to object to this motion was given and any timely objections filed have been resolved. The Court has considered the record, and finds that the case has not been converted previously under 11 U.S.C. § 1112 or § 1208, or § 1307, and it is

O R D E R E D

1. This Chapter 7 case is converted to a case under Chapter 13.
2. The Chapter 7 trustee within thirty (30) days of the date of this Order shall file:
   a. an account of all receipts and disbursements made in the Chapter 7 case, and
   b. a report on the administration of the case pursuant to 11 U.S.C. §704(9).
3. The trustee forthwith shall turn over to the debtor(s) all records and property of the estate remaining in the trustee's custody and control.
4. The trustee or any other party entitled to compensation may within thirty (30) days of the date of this Order file an application for compensation and reimbursement of expenses.
5. The debtor(s) within fourteen (14) days from the date of this Order shall file the statement and schedules required by Bankruptcy Rule 1007(b), if such documents have not already been filed.
6. The debtor(s) within fourteen (14) days from the date of this Order shall file a Chapter 13 plan.
7. Debtors Waive Benefit of Chapter 7 Discharge.

Service of a copy of this Order shall be by mail to the debtor(s), attorney for the debtor(s), trustee, U.S. Trustee, and all creditors and parties in interest.

Entered:   12/02/10

_____
**WILLIAM F. STONE, JR., JUDGE**

van06s.frm

# CERTIFICATE OF NOTICE

```
District/off: 0423-7           User: fletchera              Page 1 of 2                  Date Rcvd: Dec 02, 2010
Case: 09-71437                 Form ID: pdf001              Total Noticed: 63

The following entities were noticed by first class mail on Dec 04, 2010.
db           +Harrison Jackson East, Jr,    2201 Twelve O'Clock Knob,    Salem, VA 24153-6028
jdb          +Joyce Marie East,    1200 Carolina Avenue,    Salem, VA 24153-5244
cr           +BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME,    C/O SHAPIRO AND BURSON LLP,
               236 CLEARFIELD AVE STE 215,    VA BEACH, VA 23462-1893
2949543     ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
             (address filed with court: Advanta Bank Corp.,     POB 3001,    Malvern, PA 19355-0701)
2846196      +AOL / VISA,    P.O. Box 15298,    Wilmington, DE 19850-5298
2935687       American Electric Power,    PO Box 2021,    Roanoke, VA 24022-2121
2846195       American Express,    Customer Service,    P.O. Box 981535,    El Paso, TX 79998-1535
2945184       American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
2846197      +Appalachian Power,    PO Box 24401,    Canton, OH 44701-4401
3095015      +BAC HOME LOANS SERVICING, LP,    FKA COUNTRYWIDE HOME LOANS,    C/O SHAPIRO AND BURSON,
               236 CLEARFIELD AVE STE 215,    VA BEACH, VA 23462-1893
2846205       BP,    P.O. Box 15298,    Wilmington, DE 19850-5298
2846198      +Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
2846200       Bank of America,    4060 Ogletown Stan,    DE5-019-03-07,    Newark, DE 19713
2846201       Bank of America,    4060 Ogletown Stan,    Mail Code DE5-019-,    Newark, DE 19713
2846199       Bank of America,    Bankcard Center,    P.O. Box 15184,    Wilmington, DE 19850-5184
2846202      +Bank of America,    Attn: Customer Services,    PO Box 5170,    Simi Valley, CA 93062-5170
2846203      +Best Buy,    Retail Services,    P.O. Box 15521,    Wilmington, DE 19850-5521
2846204       Best Buy / Reward Zone Program,    Mastercard,    P.O. Box 80045,    Salinas, CA 93912-0045
2846206       Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
2846209       Chase,    Card Member Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
2846208       Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
2938242       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
2846210      +Chase/Bank One Card Serv,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
2846211      +Citi Cards,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
2846212      +Citibank CBSD NA,    701 E 60th Street N,    Sioux Falls, SD 57104-0493
2846213      +Citibank Customer Service Ctr,    P.O. Box 6062,    Sioux Falls, SD 57117-6062
2846214      +City of Roanoke,    Billings & Collections,    215 Church Ave., Room 212,    Roanoke, VA 24011-1519
2846217      +First Equity Card Corp,    P.O. Box 84075,    Columbus, GA 31908-4075
2846221      +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
2846220      +Home Depot Credit Services,    PO Box 689100,    Des Moines, IA 50368-9100
2846225       Macy's / DSNB,    9111 Duke Blvd.,    Mason, OH 45040-8999
2846226       Member One / VISA,    Customer Service,    P.O. Box 31112,    Tampa, FL 33631-3112
2939240      +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
2846228      +Reward Zone Program MC,    PO Box 80045,    Salinas, CA 93912-0045
2969426      +Sallie Mae,    c/o Sallie Mae Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
2846229      +Sallie Mae Servicing,    P.O. Box 9500,    Wilkes Barre, PA 18773-9500
2846231       Sears,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
2846232      +Shapiro & Burson,    236 Clearfield Avenue, Ste 215,    Virginia Beach, VA 23462-1893
2846215      +Takena J Cotton,    c/o Legal Aid Society of the Roa Valley,    132 Campbell Ave SW,
               Roanoke, VA 24011-1207
2846233       Target National Bank,    c/o Target Credit Services,    P.O. Box 1581,    Minneapolis, MN 55440-1581
2846193      +UNITED STATES TRUSTEE,    WESTERN DISTRICT OF VIRGINIA,    210 FIRST STREET, SUITE 505,
               ROANOKE, VA 24011-1620
2846234      +Victoria's Secret,    P.O. Box 182128,    Columbus, OH 43218-2128
2846237       WFNNB/AF,    P.O. Box 182548,    Columbus, OH 43218-2548
2846236      +Washington Savings Bank,    4201 Mitchellville Road,    Suite 300,    Bowie, MD 20716-3165
2846238       World Points / Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026

The following entities were noticed by electronic transmission on Dec 02, 2010.
2846194       E-mail/Text: bkr@cardworks.com                                  Advanta Bank Corp.,    P.O. Box 30715,
               Salt Lake City, UT 84130-0715
2932739       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 03 2010 02:23:31
               AMERICAN INFOSOURCE LP AS AGENT FOR,    TARGET,    PO Box 248838,    Oklahoma City, OK  73124-8838
2932687       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 03 2010 02:24:30      DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
2846216     ++E-mail/PDF: mrdiscen@discoverfinancial.com Dec 03 2010 02:24:30      Discover More Card,
               PO Box 30943,    Salt Lake City, UT 84130-0943
2955877       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 03 2010 02:23:31
               FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK  73124-8809
2846218       E-mail/PDF: gecsedi@recoverycorp.com Dec 03 2010 02:29:26      GE Money Bank / Chevron,
               P.O. Box 981400,    El Paso, TX 79998-1400
2846219      +E-mail/PDF: gecsedi@recoverycorp.com Dec 03 2010 02:29:26      GEMB/Belk's,    PO Box 981491,
               El Paso, TX 79998-1491
2846222      +E-mail/PDF: gecsedi@recoverycorp.com Dec 03 2010 02:29:26      JCPenny / GE Money Bank,
               Attn: Bankruptcy Department,    P.O. Box 103104,    Roswell, GA 30076-9104
2846224      +E-mail/PDF: gecsedi@recoverycorp.com Dec 03 2010 02:29:26      Lowe's / GE Money Bank,
               Attn: Bankruptcy Department,    P.O. Box 103104,    Roswell, GA 30076-9104
2846227      +E-mail/Text: recovery@memberonefcu.com                          Member One Federal Credit Union,
               P.O. Box 12288,    Roanoke, VA 24024-2288
2992790      +E-mail/PDF: rmscedi@recoverycorp.com Dec 03 2010 02:29:26
               Recovery Management Systems Corporation,    For GE Money Bank,    dba WALMART,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
2992795      +E-mail/PDF: rmscedi@recoverycorp.com Dec 03 2010 02:29:26
               Recovery Management Systems Corporation,    For GE Money Bank,    dba Sam's Club,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
2992791      +E-mail/PDF: rmscedi@recoverycorp.com Dec 03 2010 02:29:26
               Recovery Management Systems Corporation,    For GE Money Bank,    dba LOWES CONSUMER,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
```

```
District/off: 0423-7           User: fletchera              Page 2 of 2                    Date Rcvd: Dec 02, 2010
Case: 09-71437                 Form ID: pdf001              Total Noticed: 63


The following entities were noticed by electronic transmission (continued)
2992792       +E-mail/PDF: rmscedi@recoverycorp.com Dec 03 2010 02:29:26
               Recovery Management Systems Corporation,   For GE Money Bank,   dba BELK,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
2992794       +E-mail/PDF: rmscedi@recoverycorp.com Dec 03 2010 02:29:26
               Recovery Management Systems Corporation,   For GE Money Bank,   dba LOWES BRC,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
2993811       +E-mail/PDF: rmscedi@recoverycorp.com Dec 03 2010 02:29:26
               Recovery Management Systems Corporation,   For Capital Recovery III LLC,
               As Assignee of HSBC Bank Nevada National,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
2846230       +E-mail/PDF: gecsedi@recoverycorp.com Dec 03 2010 02:29:26     Sam's Club,   P.O. Box 981064,
               El Paso, TX 79998-1064
2846235       +E-mail/PDF: gecsedi@recoverycorp.com Dec 03 2010 02:29:26     Walmart / GE Money Bank,
               Attn:  Bankruptcy Dept.,   P.O. Box 103104,   Roswell, GA 30076-9104
                                                                                             TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2846207*      +Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
2846223       ##Limited Too,   P.O. Box 337003,   Northglenn, CO 80233-7003
                                                                                     TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 04, 2010**                    **Signature:**    *Joseph Speetjens*